UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　-vs- )<br>RAFAEL VALENCIA GALLEGOS, )<br>　　　　　　Defendant. ) | NO.　CR-03-2202-WFN<br><br>ORDER |

An in-court hearing was held March 16, 2006. The Defendant, who is in custody, was present and represented by Ricardo Hernandez and assisted by Court-appointed interpreter Levi Enriquez; Assistant United States Attorney Greg Shogren represented the Government.

The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Dismiss the Indictment, Ct. Rec. 48, is **GRANTED**.

2. The Superseding Indictment, Ct. Rec. 7, is **DISMISSED** without prejudice.

3. A change of plea hearing on an anticipated information (to be filed **forthwith**) shall be **SET** for **March 23, 2006**, at **8:00 a.m.** in **Spokane, Washington**. The Government is directed to arrange an initial appearance before Magistrate Judge Cynthia Imbrogno and to provide this Court with the case number for the new information.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** Magistrate Judge Cynthia Imbrogno.

**DATED** this 16th day of March, 2006.

　　　　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
03-16　　　　　　　　　　　　　SENIOR UNITED STATED DISTRICT JUDGE

ORDER